| | AUSA: Susan Fairchild | Telephone: (313) 226-9577 |
|---|---|---|
| AO 91 (Rev. 11/11) Criminal Complaint | Officer: Monica Alaez | Telephone: (313) 394-5447 |

# UNITED STATES DISTRICT COURT
### for the
### Eastern District of Michigan

United States of America
v.
Arnold Aroldo ANDINO ANDINO
a/k/a
Arnol AROLDO ANDINO ANDINO

Case No.
Case: 2:22-mj-30057
Assigned To : Unassigned
Assign. Date : 2/7/2022
Description: CMP USA v. ANDINO (SO)

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __January 21, 2022__ in the county of __Oakland County__ in the __Eastern__ District of __Michigan__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 8, United States Code, Section 1326(a) | Unlawful Re-entry after Removal from the United States |

This criminal complaint is based on these facts:

On or about January 21, 2022, in the Eastern District of Michigan, Southern Division, Arnold Aroldo ANDINO ANDINO an alien from Honduras was found in the United States after having been denied admission, excluded, deported, and removed therefrom on or about June 7, 2019, from Alexandria, Louisiana, and not having obtained the express consent of the Attorney General of the United States or the Secretary of Homeland Security to re-apply for admission thereto; in violation of Title 8, United States Code, Section 1326(a).

☑ Continued on the attached sheet.

_____
Complainant's signature

Monica Alaez, Deportation Officer
Printed name and title

Sworn to before me and signed in my presence and/or by reliable electronic means.

Date: February 7, 2022

_____
Judge's signature

City and state: Detroit, MI

Jonathan J.C. Grey United States Magistrate Judge
Printed name and title

## AFFIDAVIT

I, Monica Alaez, declare the following under penalty of perjury:

1. I am a Deportation Officer employed with Immigration and Customs Enforcement (ICE) of the United States Department of Homeland Security, having served with ICE since March 2009. The facts set forth herein are based upon my personal knowledge as well as information provided by other law enforcement officers and record checks of law enforcement databases. I have also reviewed the immigration records and system automated data relating to Arnold Aroldo ANDINO ANDINO, which reveal the following:

2. Arnold Aroldo ANDINO ANDINO also known as Arnol Aroldo ANDINO ANDINO is a thirty-five-year-old citizen and a native of Honduras who last entered the United States on an unknown date, at an unknown place, without inspection by the U.S. Department of Homeland Security.

3. April 24, 2008, the United States Border Patrol at or near Cotulla, Texas apprehended ANDINO ANDINO. On the same day U.S. Border Patrol at Laredo, Texas served ANDINO ANDINO with a Notice and Order of Expedited Removal. On May 14, 2008, ANDINO ANDINO was removed from the United States via San Antonio, Texas on a Justice Prisoner and Alien Transportation (JPATS) flight to Honduras.

4. On December 14, 2010, ICE ERO Detroit arrested ANDINO ANDINO at or near Pontiac, Michigan and served him with a Notice of Intent / Decision to Reinstate prior order. On January 7, 2011, ERO officers removed ANDINO ANDINO from the United States to Honduras from New Orleans, Louisiana.

1

5. On January 10, 2019, ICE ERO Officers arrested ANDINO ANDINO at or near Pontiac, Michigan and served him a Notice of Intent / Decision to Reinstate Prior Order. On June 7, 2019 ERO Officers removed ANDINO ANDINO from the United States to Honduras from Alexandria, Louisiana.

6. On January 20, 2022 the 48th District Court in Bloomfield Hills, Michigan sentenced ANDINO ANDINO to 16 days in jail for Operating While Impaired.

7. On January 21, 2022, ICE ERO Detroit placed a detainer on ANDINO ANDINO at Oakland County Jail. On January 31, 2022, ICE ERO Detroit transported ANDINO ANDINO from the Oakland County Jail to the Detroit ICE field Officer and served him with a Notice of Intent / Decision to Reinstate prior order. ICE searched his fingerprints in the ICE/ FBI systems resulting in a positive match for Arnold Aroldo ANDINO ANDINO, DOB XX/XX/1986, AXXX XXX 767, a previously removed alien.

8. The aforementioned arrest and subsequent detention was an administrative, non-criminal action made pursuant to the authority found in sections 1357, 1225, 1226, and/or 1231 of Title 8, United States Code to arrest and detain any alien entering or attempting to enter the United States, or any alien present in the United States, who is reasonably believed to be in violation of any law or regulation regulating the admission, exclusion, expulsion, or removal of aliens.

9. ICE officers reviewed immigration file records and Department of Homeland Security electronic records, indicating that Arnold Aroldo ANDINO ANDINO, AXXX XXX 767, did not obtain the express consent of the Attorney General or the Secretary of the Department of Homeland Security to reapply for admission to the United States.

10. Based on the above information, I believe there is probable cause to conclude that Arnold Aroldo ANDINO ANDINO a/k/a Arnol Aroldo ANDINO ANDINO, is an alien who was found in or reentered the United States after deportation or removal, without the express permission from the Attorney General of the United States or from the Secretary of the Department of Homeland Security in violation of Title 8, United States Code, Section 1326(a).

*Monica Alaz*, Deportation Officer
Immigration and Customs Enforcement

Sworn to before me and signed in my presence and/or by reliable electronic means.

*Jonathan J.C. Grey*
Honorable Jonathan J.C. Grey
United States Magistrate Judge

February 7, 2022